_____

# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **COMPLAINT FOR** |
| **Plaintiff,** | : | **DECLARATORY AND** |
| | : | **INJUNCTIVE RELIEF** |
| **v.** | : | |
| | : | **CIVIL ACTION NO.** |
| **CITY OF HAZLETON, THE** | : | |
| **HAZLETON CITY COUNCIL, and** | : | **3:25-cv-00045-KM** |
| **JEFF CUSAT, in his official capacity as** | : | |
| **Mayor of the City of Hazleton,** | : | |
| | : | |
| **Defendants.** | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Sean W. Logsdon, Esquire on behalf of Defendants, City of Hazleton, the Hazleton City Council, and Jeff Cusat, in his official capacity as Mayor of the City of Hazleton, relative to the above-captioned matter.

Date: January 23, 2025         *s/ Sean W. Logsdon*

Sean W. Logsdon, Esquire
85 Drasher Road
Drums, PA 18222
(570) 788-6647
(570) 788-0654 (Fax)
Attorney ID No. 93096
sean@karpowichlaw.com