## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **COMPLAINT FOR** |
| | : | **DECLATORY AND** |
| **Plaintiff,** | : | **INJUNCTION RELIEF** |
| | : | |
| **v.** | : | |
| | : | **CIVIL ACTION** |
| **CITY OF HAZLETON, THE** | : | |
| **HAZLETON CITY COUNCIL,** | : | |
| **and JEFF CUSAT, in his official** | : | |
| **capacity as Mayor of the City of** | : | **NO. 3:25-cv-00045-KM** |
| **Hazleton,** | : | |
| | : | |
| **Defendants.** | : | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of John G. Dean, Drew P. McLaughlin, Elliott

Greenleaf & Dean, Timothy T. Myers, Elliott Greenleaf, P.C., for Defendants City

of Hazleton, the Hazleton City Council and Jeff Cusat, in his official capacity as

Mayor of the City of Hazleton relative to the in the above-referenced matter.

Respectfully submitted,


*s/John G. Dean*
John G. Dean
Attorney ID No. 76168
jgd@elliottgreenleaf.com
**ELLIOTT GREENLEAF & DEAN**
15 Public Square, Suite 210
Wilkes-Barre, PA 18701
(570) 371-5290
(570) 371-5550 (Fax)


*s/Drew P. McLaughlin*
Drew P. McLaughlin
Attorney ID No. 324430
dpm@elliottgreenleaf.com
**ELLIOTT GREENLEAF & DEAN**
15 Public Square, Suite 210
Wilkes-Barre, PA 18701
(570) 371-5290
(570) 371-5550 (Fax)


*s/Timothy T. Myers*
Timothy T. Myers
Attorney ID No. 046959
ttm@elliottgreenleaf.com
**ELLIOTT GREENLEAF, PC**
925 Harvest Drive, Suite 300
(215) 977-1000
(215) 977-1099 (Fax)
Attorneys for Defendants,
City of Hazleton, the Hazleton City
and Jeff Cusat, in his official capacity
as Mayor of the City of Hazleton

DATED: January 27, 2025

## CERTIFICATE OF SERVICE

I, Drew P. McLaughlin, hereby certify that I have caused to be served on this

day a true and correct copy of my entry of appearance on all counsel of record <u>via</u>

electronic filing as follows:

Bruce Gear
DOJ-Crt Voting Section
950 Pennsylvania Avenue NW
Washington, DC 20530
bruce.gear@usdoj.gov

Gerald M. Karam
DOJ-USAO
235 N. Washington Avenue, Suite 311
Scranton, PA  18501
gerard.karam@usdoj.gov

John A. Russ, IV
DOJ-Crt
950 Pennsylvania Avenue NW
4CON 8th Floor
Washington, DC 20530
john.russ@usdoj.gov

Kristen Clarke
United States Department of Justice
Civil Rights Division – Disability Rights Section
950 Pennsylvania Avenue, NW
4CON Room 9.1129
Washington, DC  20530
kristen.clarke@usdoj.gov

Michael Butler
United States Attorney's Office
228 Walnut Street, Suite 220
Harrisburg, PA 17108
michael.j.butler@usdoj.gov

R. Tamar Hagler
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
4CON 8th Floor
Washington, D.C. 20530

Tharuni A. Jayaraman
DOJ-Crt
950 Pennsylvania Avenue NW
Washington, D.C. 20530
tharuni.jayaraman@usdoj.gov

Zachary Newkirk
DOJ-Crt
950 Pennsylvania Avenue NW
4CON 8th Floor
Washington, D.C. 20530
zachary.newkirk@usdoj.gov
Attorneys for Plaintiff

Sean W. Logsdon, Esquire
85 Drasher Road
Drums, PA 18222
sean@karpowichlaw.com
Attorney for Defendants

*s/Drew P. McLaughlin*
Drew P. McLaughlin

DATED: January 27, 2025