UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>CITY OF HAZLETON, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:25-CV-45<br><br>(MEHALCHICK, J.) |

## ORDER

**AND NOW,** this 24th day of March 2025**, IT IS HEREBY ORDERED THAT** the Court shall hear oral argument on Defendants' Motion to Dismiss (Doc. 8) on **Wednesday, April 30, 2025 at 9:00 AM** in Courtroom #1, William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania.

                                      BY THE COURT:

                                      *s/ Karoline Mehalchick*
                                      **KAROLINE MEHALCHICK**
                                      **United States District Judge**