UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF HAZLETON; THE HAZLETON CITY COUNCIL; and JEFF CUSAT, in his official capacity as Mayor of the City of Hazleton,<br><br>*Defendants*. | CIVIL ACTION NO.<br>3:25-CV-00045-KM |

### UNITED STATES' UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO FILE OPPOSITION BRIEF

Pursuant to Local Rule 7.1, the United States, by and through its undersigned counsel, hereby moves for a brief enlargement of the deadline to file the United States' brief in opposition to Defendants' motion to dismiss in the above-referenced matter and, in support thereof, states as follows:

1. On January 7, 2025, the United States filed a complaint against Defendants City of Hazleton, the Hazleton City Council, and Mayor Jeff Cusat, in his official capacity as mayor of the City of Hazleton ("Defendants"). ECF No. 1.

2. On March 10, 2025, Defendants filed a Motion to Dismiss. ECF No. 8.

3.     On March 24, 2025, Defendants filed Defendants' Brief in Support of Motion to Dismiss.  ECF No. 10.

4.     Pursuant to Local Rule 7.6, United States' brief in opposition is due on April 7, 2025.

5.     The United States respectfully requests that the deadline to file its opposition brief be extended fourteen (14) days, or until April 21, 2025, in light of current attorney workload.

6.     In light of the new briefing schedule, the United States also respectfully requests that the oral argument scheduled on April 30, 2025, at 9:00am to hear Defendants' Motion to Dismiss be postponed to a date most convenient for this Court.  ECF No. 9.

7.     Counsel for Defendants does not oppose this Motion.

8.     WHEREFORE, the United States respectfully requested an extension of time, until April 21, 2025, to file its brief in opposition.

Dated:  April 1, 2025                           Respectfully Submitted:

JOHN C. GURGANUS                                MAC WARNER
Acting United States Attorney                   Deputy Assistant Attorney General
Middle District of Pennsylvania                 Civil Rights Division

*/s/ Michael J. Butler*                         */s/ Bruce I. Gear*

_____                  _____
MICHAEL J. BUTLER PA81799                       R. TAMAR HAGLER
Civil Rights Coordinator                        JOHN "BERT" RUSS IV
1501 N. 6th Street                              BRUCE I. GEAR
Box 202                                         THARUNI A. JAYARAMAN
Harrisburg, PA 17102                            ZACHARY J. NEWKIRK
Tel: 717-221-4482                               Attorneys, Voting Section
Fax: 717-221-4493                               Civil Rights Division
Michael.J.Butler@usdoj.gov                      U.S. Department of Justice
                                                950 Pennsylvania Avenue NW
                                                4CON 8th floor
                                                Washington, DC 20530
                                                202-307-2767 (telephone)
                                                202-307-3961 (fax)
                                                tamar.hagler@usdoj.gov
                                                john.russ@usdoj.gov
                                                bruce.gear@usdoj.gov
                                                tharuni.jayaraman@usdoj.gov
                                                zachary.newkirk@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Bruce I. Gear, hereby certify that a true and correct copy of the forgoing Unopposed Motion for Enlargement of Time was served upon the following counsel of record via the Court's ECF filing system on this 1st day of April, 2025.

>Sean W. Logsdon, Esquire
>85 Drasher Road
>Drums, PA 18222
>
>John G. Dean, Esquire
>Elliott Greenleaf & Dean
>15 Public Square, Suite 210
>Wilkes-Barre, PA 18701
>
>Drew P. McLaughlin
>Elliott Greenleaf & Dean
>15 Public Square, Suite 210
>Wilkes-Barre, PA 18701
>
>Timothy T. Myers
>Elliott Greenleaf & Dean
>925 Harvest Drive, Suite 300
>Wilkes-Barre, PA 18701

>*/s/* Bruce I. Gear
>Bruce I. Gear