UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>CITY OF HAZLETON, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:25-CV-45<br><br>(MEHALCHICK, J.) |

## ORDER

**AND NOW,** this 2nd day of April 2025, upon consideration of United States's Unopposed Motion for Enlargement of Time to File Opposition Brief, **IT IS HEREBY ORDERED** that the motion (Doc. 11) is **GRANTED**. The deadline for filing the opposition brief is extended to **April 21, 2025**. **IT IS FURTHER ORDERED** that the oral argument scheduled for April 30, 2025 is **RESCHEDULED** to Friday, May 16, 2025 at 8:30 AM in Courtroom #1 of the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Ave., Scranton, PA.

                        BY THE COURT:

                        *s/ Karoline Mehalchick*
                        **KAROLINE MEHALCHICK**
                        **United States District Judge**