# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. CITY OF HAZLETON; THE HAZLETON CITY COUNCIL; and JEFF CUSAT, in his official capacity as Mayor of the City of Hazleton, *Defendants*. | CASE NO. 3:25-CV-45-KM |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the United States respectfully gives notice that it dismisses *United States v. City of Hazleton et al.,* Case No. 3:25-cv-45.

Date: April 21, 2025.

Respectfully submitted,

        HARMEET K. DHILLON
        Assistant Attorney General
        Civil Rights Division

        */s/ Bruce I. Gear*
        _____

        R. TAMAR HAGLER
        JOHN "BERT" RUSS IV
        BRUCE I. GEAR
        THARUNI A. JAYARAMAN
        ZACHARY J. NEWKIRK
        Attorneys, Voting Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        4CON 8th floor
        Washington, DC 20530
        202-307-2767 (telephone)
        202-307-3961 (fax)
        tamar.hagler@usdoj.gov
        john.russ@usdoj.gov
        bruce.gear@usdoj.gov
        tharuni.jayaraman@usdoj.gov
        zachary.newkirk@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all counsel of record in this case.

/s/ *Bruce I. Gear*
_____
BRUCE I. GEAR