# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CITY OF HAZLETON, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:25-CV-45<br><br>(MEHALCHICK, J.) |

## ORDER

**AND NOW**, this 22nd day of April, 2025, **IT IS HERBY ORDERED** that the stipulation of dismissal (Doc. 13) is **APPROVED,** and this case is hereby **DISMISSED** pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

BY THE COURT:

*s/Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**
